JS6

# UNITED STATES DISTRICT COURT

## CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| JESUS NUNEZ ZAMUDIO,<br><br>                              Petitioner,<br><br>                    v.<br><br>KRISTI NOEM et al,<br><br>                              Respondent. | Case No. 5:25-cv-02710-SVW-MAR<br><br><br>JUDGMENT |

Pursuant to the Order Accepting Findings and Recommendation of United States Magistrate Judge,

**IT IS HEREBY ADJUDGED** that the Petition is **DENIED** and this action is **DISMISSED**.

Dated: May 20, 2026

_____
HONORABLE STEPHEN V. WILSON
United States District Judge